UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janis Shumway,            Case No. 3:20-cv-2768

    Plaintiff,

v.            ORDER

Devashree Investment, Inc.,

    Defendant.

Plaintiff has filed an amended motion for an award of attorney fees and costs. (Doc. No. 15). I previously awarded Plaintiff $5,652.50 in attorney's fees and $1,190 in other litigation expenses, for a total of $6,842.50. (Doc. No. 9). I denied Plaintiff's motion to the extent it sought payment of an anticipated reinspection fee. (*Id.* at 3). Plaintiff now seeks an order awarding further costs in the amount of $2,638.40, which Plaintiff represents are collections costs which were incurred by the Office of the United States Marshal following the issuance of my earlier Order. (*See* Doc. No. 15 at 20-21). I conclude Plaintiff is entitled to an additional award of costs in the amount of $2,638.40 and grant Plaintiff's motion. (Doc. No. 15).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge